The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DONALD KERFOOT,<br><br>Defendant. | NO. CR06-252Z<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal, docket no. 31, and because of the sensitive information contained in the four exhibits,

It is hereby ORDERED that Exhibits 1 through 4 to the United States' Sentencing Memorandum, docket no. 32, shall remain sealed.

DATED this 25th day of July, 2017.

_____
Thomas S. Zilly
United States District Judge

Order to Seal - 1
*Kerfoot*, CR06-252Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970