HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEVIN KERFOOT,<br><br>　　　　　Defendant. | Cause No. CR06-0252 TSZ<br><br>**ORDER DIRECTING CLERK TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL** |

This matter having come before the Court on Motion of the Defendant above named, docket no. 33, and it appearing that the Defendant's Sentencing Memorandum includes protected material and that defense counsel is required by the Court's protective order to file that material under seal,

NOW THEREFORE it is ordered that the Clerk shall file the Defendant's Sentencing Memorandum, docket no. 34, under seal.

DATED this 25th day of July, 2017.

　　　　　　　　　　　　　　　　　　　_/s/ Thomas S. Zilly_
　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DIRECTING SENTENCING
MEMORANDUM TO BE FILED UNDER
SEAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818
Email: gilbert.levy.atty@gmail.com

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER DIRECTING SENTENCING
MEMORANDUM TO BE FILED UNDER
SEAL - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818
Email: gilbert.levy.atty@gmail.com