The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-252Z |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| KEVIN DONALD KERFOOT, | |
| Defendant. | |

Having read the Government's Motion to Seal, docket no. 38, and because of the sensitive information contained in the four exhibits,

It is hereby ORDERED that Government's Supplemental Sentencing Memorandum and Exhibit 5, docket no. 39, shall remain sealed.

DATED this 27th day of July, 2017.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Order to Seal - 1
*Kerfoot*, CR06-252Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970